IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SOTO, | 1:06-cv-01072-OWW-TAG-HC |
| Petitioner, | ORDER ACKNOWLEDGING PAYMENT OF FILING FEE BY PETITIONER |
| vs. | |
| K. MENDOZA-POWERS, Warden, | ORDER VACATING ORDER OF SEPTEMBER 19, 2006 |
| Respondent. | (Doc. 4) |

Petitioner is a state prisoner proceeding pro se. On August 15, 2006, petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On September 19, 2006, the court ordered petitioner to submit an application to proceed in forma pauperis or pay the $5.00 filing fee. (Doc. 4). On September 27, 2006, petitioner submitted a notice to the court, reflecting that he had paid the $5.00 filing fee for this case on August 15, 2006. (Doc. 5). Petitioner is correct. Petitioner paid the $5.00 filing fee on August 15, 2006, and the clerk inadvertently failed to enter petitioner's receipt on the docket. For this reason, the Court's order of September 19, 2006, will be vacated.

Accordingly, IT IS HEREBY ORDERED that :

1. The court acknowledges that petitioner has paid the $5.00 filing fee for this action; and
2. The court's order of September 19, 2006, which ordered petitioner to submit an application to proceed in forma pauperis or pay the $5.00 filing fee (Doc. 4), is VACATED in its entirety.

IT IS SO ORDERED.

Dated: **October 23, 2006**          **/s/ Theresa A. Goldner**
**j6eb3d**                              UNITED STATES MAGISTRATE JUDGE