1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT FOR THE

7                          EASTERN DISTRICT OF CALIFORNIA

8

9    RICHARD SOTO,                          1:06-cv-01072-OWW-TAG (HC)

10              Petitioner,                 ORDER GRANTING PETITIONER'S
                                            MOTION FOR EXTENSION OF TIME TO
11        vs.                               FILE TRAVERSE

12   WARDEN K MENDOZA-POWERS,               (DOCUMENT #11)

13              Respondent.                 Deadline to File Traverse:
                                            June 15, 2008
14   _____/

15        Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to

16   28 U.S.C. § 2254.  On May 5, 2008, petitioner filed a motion to extend time to file a traverse.

17        Good cause having been presented to the court and GOOD CAUSE APPEARING

18   THEREFOR, IT IS HEREBY ORDERED that:

19        1.  Petitioner is granted to and including June 15, 2008 in which to file a traverse.

20

21

22   IT IS SO ORDERED.

23   Dated:   **May 16, 2008**                      _____**/s/ Theresa A. Goldner**_____
     _____                                          UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28