UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| RICHARD SOTO,<br>Petitioner,<br><br>vs.<br><br>WARDEN K. MENDOZA-POWERS<br>Respondent. | CASE NO. 1:06cv01072 RTB (POR)<br><br>**ORDER STAYING PETITION** |

Petitioner Richard Soto is a state prisoner proceeding pro se and in forma pauperis with a Petition for a Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 based on the Governor of California's reversal of the board of parole hearings' 2005 grant of parole in his case.

On May 16, 2008, the Ninth Circuit granted *en banc* review in Hayward v. Marshall, 512 F.3d 536 (9th Cir. 2008), and argument was heard on the matter on June 24, 2008. The *en banc* Hayward decision may resolve and clarify issues of law material to the resolution of Mr. Soto's petition. In addition, the Court notes that several cases in this district similar to this one have been stayed pending the resolution of Hayward.

1    Accordingly, **IT IS HEREBY ORDERED** the instant federal habeas petition is stayed
2 until the issuance of the Ninth Circuit opinion after rehearing of Hayward.

4    **IT IS SO ORDERED**.

6 DATED: June 11, 2009

  _____
  Hon. Roger T. Benitez
  United States District Judge