# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| RICHARD SOTO, | CASE NO. 06-cv-1072 LSP |
|---|---|
| Petitioner, | ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED AND SETTING BRIEFING SCHEDULE |
| vs. | |
| K. MENDOZA-POWERS, | |
| Respondent. | |

    Petitioner Richard Soto filed a petition for writ of habeas corpus under 42 U.S.C. § 2254 ("Petition") that challenges the California Governor's decision to deny him release on parole. Respondent filed an answer, and Petitioner filed a traverse. (Docket Nos. 10, 13.) While the Petition was pending, however, Petitioner was granted another parole hearing, after which Petitioner was granted parole. Accordingly, on June 1, 2010, Respondent filed a motion to dismiss ("Motion") the Petition as moot on the grounds that Petitioner has obtained his requested relief. (Docket No. 17.) Pursuant to Local Rule 230, Petitioner's response, if any, to the Motion was due no later than July 7, 2010. L.R. 230(l).

    Local Rule 230(l) provides, in pertinent part, "[f]ailure of the responding party to file an opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions." L.R. 230(l). Here, despite being served with the motion, Petitioner has yet to file an opposition or other response to the Motion. The Court, therefore, issues this order to show cause why the case should not be dismissed. Petitioner has

1  until and including December 20, 2010 to file and serve a written opposition or response to the
2  Motion. Respondent then has seven (7) calendar days thereafter to serve and file a reply. Petitioner
3  is advised that failure to file and serve such written opposition or response will result in dismissal of
4  the Petition pursuant to Local Rule 230.
5  **IT IS SO ORDERED**.

7  DATED:  November 22, 2010

   Hon. Roger T. Benitez
   United States District Judge