# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SOTO, | CASE NO. 06-cv-1072 LSP |
| Petitioner, | ORDER DISMISSING PETITION |
| vs. | |
| K. MENDOZA-POWERS, | |
| Respondent. | |

Petitioner Richard Soto filed a petition for writ of habeas corpus under 42 U.S.C. § 2254 ("Petition") that challenges the California Governor's decision to deny him release on parole. Respondent filed an answer, and Petitioner filed a traverse. (Docket Nos. 10, 13.) While the Petition was pending, however, Petitioner was granted another parole hearing, after which Petitioner was granted parole. Accordingly, on June 1, 2010, Respondent filed a motion to dismiss ("Motion") the Petition as moot on the grounds that Petitioner has obtained his requested relief. (Docket No. 17.) Pursuant to Local Rule 230, Petitioner's response, if any, to the Motion was due no later than July 7, 2010. L.R. 230(l). Petitioner did not respond to the Motion. Accordingly, on November 23, 2010, the Court entered an Order to Show Cause why the case should not be dismissed. (Docket No. 18.) The Order to Show Cause instructed Petitioner to file an opposition or other response to the Motion no later than December 20, 2010, otherwise his Petition would be dismissed pursuant to Local Rule 230. *Id.*

To date, Petitioner has not filed an opposition or other response to the Motion, nor has

1 | Petitioner filed a response to the Order to Show Cause. Accordingly, the Petition is **DISMISSED**.
2 | The Clerk may close the file in this case.
3 | **IT IS SO ORDERED.**
4 | Date: 12/29/2010

Hon. Roger T. Benitez
United States District Court Judge